UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61251-CIV-COHN

GRISANA GRAWZO,

Magistrate Judge Seltzer

    Plaintiff,

vs.

MOON THAI & JAPANESE, INC. and
SOMKID "JACK" PUNMA,

    Defendants.
_____/

## ORDER GRANTING MOTION TO SET ASIDE DEFAULT

THIS CAUSE is before the Court upon Defendant Moon Thai & Japanese, Inc.'s Motion to Set Aside Default [DE 14].  The Court has carefully considered the motion and notes the lack of opposition to the motion.

The United States Court of Appeals for the Eleventh Circuit has set forth the relevant standard regarding motions to vacate default judgments: "to establish mistake, inadvertence, or excusable neglect under Rule 60(b)(1), a defaulting party must show that: (1) it had a meritorious defense that might have affected the outcome; (2) granting the motion would not result in prejudice to the non-defaulting party; and (3) a good reason existed for failing to reply to the complaint.  In re Worldwide Web Systems, Inc., 328 F.3d 1291, 1295 (11th Cir. 2003) (internal quotation omitted).

In this action, Defendant Moon Thai has sought to vacate a clerk's default prior to any default judgment being entered.  Defendant asserts that Moon Thai's principal, Somkid "Jack" Punma, denies receiving notice of this action until he was personally served on September 9, 2009.  He does not recall receiving the earlier summons

directed to Moon Thai. Default was entered against Moon Thai on September 16, 2009, while the present motion to vacate was filed on October 13, 2009. Defendant Moon Thai also asserts that it has a meritorious defense, but the affidavit cited for this proposition does not discuss the defense. Finally, Defendant asserts that there is no prejudice to Plaintiff, as this case is in its earliest stages. The Court concludes that under these circumstances, it will vacate the Clerk's default.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Because Plaintiff has not filed an opposition to the motion and only a clerk's default is at issue, the Court hereby **GRANTS** Defendant Moon Thai & Japanese, Inc.'s Motion to Set Aside Default [DE 14];

2. The Clerk's default [DE 10] is hereby **VACATED**;

3. Defendant shall file its answer to the Complaint by November 25, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2009.

JAMES I. COHN
United States District Judge

Copies furnished to:

counsel of record on CM/ECF

2